UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>LINDA DILLON and BRIGID DILLON )<br>)<br>)<br>)<br>Defendants ) | Case No.: 3:17-cv-00058-CRS |

\* \* \* \* \* \*

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of Plaintiff, Metropolitan Life Insurance Company ("MetLife"), by counsel, and Defendants, Linda Dillon and Brigid Dillon ("Defendants"), by and through their respective counsel, that all claims asserted, or that could have been asserted in this case, should be dismissed based on the parties' settlement of this matter, and the Court being otherwise sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE** as to all claims that were asserted or could have been asserted herein.

Each party shall bear her or its own costs and attorney fees.

This the _____ day of August, 2017.

Seen and agreed:


s/Angela Logan Edwards
Angela Logan Edwards (angela.edwards@dinsmore.com)
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
(502) 581-8017
(502) 581-8111 | Fax
*Counsel for Plaintiff*

and


s/ P. Kevin Ford (w/permission)
P. Kevin Ford
FORD LAW OFFICE
161 S. Matthews Avenue, Suite 14
Louisville, Kentucky 40207
*Counsel for Defendant, Linda Dillon*

and


s/ Daniel M. Oyler (w/permission)
Daniel M. Oyler
PARRENT & OYLER
First Trust Centre, Suite 610 North
200 South Fifth Street
Louisville, Kentucky 40202
*Counsel for Defendant, Brigid Dillon*

11483500v1